## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TYRONE D. MOORE,

     Petitioner,

v.                                                          Case No. 16-11047

JEFFERY WOODS,

     Respondent.

_____/

### JUDGMENT

In accordance with the court's "Opinion and Order Denying the Habeas Corpus Petition and Declining to Issue a Certificate of Appealability" dated May 16, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Jeffery Woods and against Petitioner Tyrone D. Moore. Dated at Detroit, Michigan, this 16th day of May 2016.

                                    S/Robert H. Cleland_____
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:  May 16, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 16, 2016, by electronic and/or ordinary mail.

                                    S/Lisa Wagner_____
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522